March 9, 1908.

————o————

## No. 4348.

Court of Appeal, Parish of Orleans.

## JAMES DEMORUELLE & SON VS. JOHN W. WHEELER, ET AL.

Appeal from Civil Distrist Court, Division A.

C. A. Butler, for Plaintiff and Appellee.

R. E. Foster and F. R. Richardson, for Defendant and Appellant.

DUFOUR, J. Considering the agreement of counsel on file herein.

It is ordered, adjudged and decreed that the judgment be amended so as to read as follows:

It is ordered, adjudged and decreed that there be judgment in favor of plaintiff's and against the defendants in solido in the sum of three hundred and fifty dollars ($350.00) without interest, and that as so amended the judgment be affirmed, defendants to pay costs of both Courts.